B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Georgia Training Alliance, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0578711** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2160 Breckenridge Blvd**<br>**Suite 160**<br>**Lawrenceville, GA**                ZIP Code **30043** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gwinnett** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2160 Breckenridge Blvd**<br>**Suite 160**<br>**Lawrenceville, GA 30043** |

**11-69929**

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached<br>■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

JUL 07 2011 AM 08:01

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA
M. REGINA THOMAS CLERK
DEPUTY CLERK

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Georgia Training Alliance, Inc** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - Atlanta - Northern District of Georgia | Case Number: 11-57229-jem | Date Filed: 4-19-2011 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    *Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.*

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Georgia Training Alliance, Inc** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
**David Bernard Irons, Sr.**
Printed Name of Authorized Individual
**CEO**
Title of Authorized Individual
**May 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Georgia Training Alliance, Inc**                                            Case No. _____
                                                        Debtor(s)                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1-800 We Answer<br>5454 Eighth Avenue<br>Suite 401<br>New York, NY 10018 | 1-800 We Answer<br>5454 Eighth Avenue<br>Suite 401<br>New York, NY 10018 | Account | | 943.53 |
| AT & T<br>P.O. Box 105503<br>Atlanta, GA 30348 | AT & T<br>P.O. Box 105503<br>Atlanta, GA 30348 | Account | | Unknown |
| Delta Com<br>1375 Peachtree Street<br>Atlanta, GA 30309 | Delta Com<br>1375 Peachtree Street<br>Atlanta, GA 30309 | Account | | 453.00 |
| Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348 | Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348 | Account | | 1,344.43 |
| Georgia Power<br>241 Ralph McGill Blvd<br>Atlanta, GA 30308 | Georgia Power<br>241 Ralph McGill Blvd<br>Atlanta, GA 30308 | Account | | 1,020.38 |
| Mireff Newpoint Commons<br>5871 Glenridge Drive<br>Suite 400<br>Atlanta, GA 30328 | Mireff Newpoint Commons<br>5871 Glenridge Drive<br>Suite 400<br>Atlanta, GA 30328 | Lease | | 128,555.60<br><br>(0.00 secured) |
| Sign A Rama<br>2121 Vista Parkway<br>West Palm Beach, FL 33411 | Sign A Rama<br>2121 Vista Parkway<br>West Palm Beach, FL 33411 | Account | | 1,400.07 |
| Tucker Catering Service<br>350 West Peachtree Street<br>Norcross, GA 30071 | Tucker Catering Service<br>350 West Peachtree Street<br>Norcross, GA 30071 | Account | | 1,105.06 |
| Verizon Wireless<br>P.O. Box 1850<br>Folsom, CA 95763 | Verizon Wireless<br>P.O. Box 1850<br>Folsom, CA 95763 | Account | | 1,231.23 |
| Warehouse on Wheels<br>12315 S. New Ave<br>Lemont, IL 60439 | Warehouse on Wheels<br>12315 S. New Ave<br>Lemont, IL 60439 | Storage Account | | 950.00 |
| Williams Scottsman<br>8211 Town Center Drive<br>Baltimore, MD 21236 | Williams Scottsman<br>8211 Town Center Drive<br>Baltimore, MD 21236 | Account | | 3,296.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Georgia Training Alliance, Inc**                            Case No.  _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 10, 2011**             Signature  _____

                                            David Bernard Irons, Sr.
                                            CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Georgia Training Alliance, Inc**                                    Case No. _____
                            Debtor
                                                                              Chapter        **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 10, 2011**                          Signature _____
                                                              David Bernard Irons, Sr.
                                                              CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Georgia Training Alliance, Inc**                              Case No.
                                              Debtor(s)                Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 10, 2011**

David Bernard Irons, Sr./CEO
Signer/Title

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   **Georgia Training Alliance, Inc**
_____
Debtor(s)

Case No.   **11-69929**
Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Georgia Training Alliance, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 10, 2011**
Date

Signature of Attorney or Litigant
Counsel for   **Georgia Training Alliance, Inc**



JUL 07 2011 AM08:01

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS,
CLERK

By_____
DEPUTY CLERK

**11-69929**

CASE NUMBER: _____ JUDGE: ___jem___ CHAPTER: _11_

(✓) Paid $ 1039.⁰⁰  
( ) IFP filed (Ch.7 Individuals Only)

( ) Non-Business  
(✓) Business

( ) Complete  
(✓) Incomplete

**Orders on Fee Application**  ( ) Order Issued  ( ) Application NOT filed

| **Chapter 7** (Individuals Only) |
| --- |
| ( ) 02g - Chapter 7 Order Granting |

| **Chapter 13** (Individuals Only) |
| --- |
| ( ) 02g - Chapter 13 Order Granting: 2 Installments of $_____ each |
| ( ) 03g - Chapter 13 Order Granting - 10 day (3 Installments of $75.00, $99.50 & $99.50) |
| ( ) 02d - Chapter 13 Order Denying $_____ due |

| **Chapter 11** (Individuals Only) |
| --- |
| ( ) 02g - Chapter 11 Order Granting: 2 Installments of $_____ each |
| ( ) 03g - Chapter 11 Order Granting - 10 day (3 Installments of $339.00, $350.00 & $350.00) |
| ( ) 02d - Chapter 11 Order Denying $_____ due |

**Missing Documents:**
- ( ) Matrix - **Requires separate Order**
- ( ) Pro se Affidavit
- ( ) Form B21 *(SSN only)*
- ( ) Voluntary Petition not on Official Form One (4/10)
- ( ) Exhibit D (12/09) *(Individuals only)*
- (✓) Statement of Financial Affairs (4/10)
- (✓) Schedules: A~~B~~ ~~C~~ ~~D~~ ~~E~~ ~~F~~ ~~G~~ ~~H~~ I J (12/07) C ~~E~~ (4/10)
- (✓) Summary of Schedules (12/07)
- (✓) Statistical Summary (12/07)
- (✓) Declaration Page for Summary & Schedules (12/07)
- ( ) Statement of Intent - Ch. 7 (12/08) *(individual only)*
- ( ) Attorney Disclosure Statement (12/94)
- ( ) Petition Preparer Disclosure Statement Fm280 (10/05)
- ( ) Declaration & Notice: Non-Atty Pet. Preparer B19 (12/07)
- ( ) Certification of Notice 342- Form 201B (12/09) *(Ind only)*
- ( ) Statement of Monthly Income/Means Test (12/10) *(Ind only)*
- ( ) Chapter 13 Plan, complete with signatures (4/08)
- ( ) Certificate of Credit Counseling *(Individuals only)*
- ( ) Pay Advices *(Individuals only)*
- ( ) Corporate Resolution (Business Ch. 7 & 11)

**Ch.11 Business**
- ( ) 20 Largest Unsecured Creditors
- (✓) List of Equity Security Holders
- (✓) Small Business - Balance Sheet
- (✓) Small Business - Statement of Operations
- (✓) Small Business - Cash Flow Statement
- (✓) Small Business - Federal Tax Returns

**Petition Deficiencies:**
- ( ) Name
- ( ) Last 4 digits of SSN
- ( ) Address  ( ) County
- ( ) Type of Debtor
- ( ) Chapter
- ( ) Nature of Debts
- ( ) Statistical Estimates
- ( ) Signatures
- ( ) Attorney Bar Number

**Case filed via:**
(✓) Intake Counter by:
   ( ) Attorney
   (✓) Debtor - verified ID
   ( ) Other - verified ID of: _____
( ) Mailed by:
   ( ) Attorney
   ( ) Debtor
   ( ) Other: _____

**History of Case Association**
Prior cases within 2 years: _11-57229 jem_
_____
_____
Related case within years: _____

Intake Clerk: __Matt Thompson__ Date: **JUL 0 6 2011**
Case Opener: _____ Date: _____

1-800 We Answer
5454 Eighth Avenue
Suite 401
New York, NY 10018


AT & T
P.O. Box 105503
Atlanta, GA 30348


Delta Com
1375 Peachtree Street
Atlanta, GA 30309


Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348


Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308


Mireff Newpoint Commons
5871 Glenridge Drive
Suite 400
Atlanta, GA 30328


Sign A Rama
2121 Vista Parkway
West Palm Beach, FL 33411


Tucker Catering Service
350 West Peachtree Street
Norcross, GA 30071


Verizon Wireless
P.O. Box 1850
Folsom, CA 95763

Warehouse on Wheels
12315 S. New Ave
Lemont, IL 60439


Williams Scottsman
8211 Town Center Drive
Baltimore, MD 21236

```
              U. S. BANKRUPTCY COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

                 # 01160302 - MT
                    July 7, 2011


   Code       Case No      Qty      Amount By

   11        11-69929       1     $1,039.00 CA
     Judge  - Not Yet Assigned
     Debtor - GEORGIA TRAINING ALL


   TOTAL:                         $1,039.00


   FROM: Georgia Training Alliance, Inc
         Suite 160
         2160 Breckenridge Blvd
         Lawrenceville, GA 30043
```

Page 1